USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice  United States Marshals Service | **PROCESS RECEIPT AND RETURN**  *See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|

UNITED STATES MARSHAL
RECEIVED
2018 JUN 22  AM 10: 20
KANSAS CITY, KS

| PLAINTIFF  Heather Hasenbank | COURT CASE NUMBER  18-4024-SAC-KGS |
|---|---|
| DEFENDANT  Mandy Jones | TYPE OF PROCESS  Summons, Complaint, & Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mandy Jones
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
8829 Walnut Lane, Ozawkie, KS 66070

FILED
BY TIMOTHY M. O'BRIEN CLERK Deputy
JUN 29 2018

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Heather Hasenbank  712 SW Western Avenue, Apt. 17  Topeka, KS 66606 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                                                              Fold

| Signature of Attorney other Originator requesting service on behalf of:  Timothy M. O'Brien, Clerk | ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER  785-338-5400 | DATE  6/21/18 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.  *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process  2 of 2 | District of Origin  No. 31 | District to Serve  No. 31 | Signature of Authorized USMS Deputy or Clerk  PBrown | Date  6-22-18 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address *(complete only different than shown above)*  Certified Article Number  9414 7266 9904 2124 6413 31  SENDER'S RECORD | Date  Service by Mail  06/25/2018  Signature of U.S. Marshal or Deputy | Time | ☐ am  ☐ pm |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8.00 | -0- | -0- | $8.00 | | $0.00 |

REMARKS:
Date summons sent by certified mail (See tracking strip): 06/22/2018
Date of Service (Used USPS Track and Confirm, as return receipt not dated.)
Date on Track and Confirm: 06/29/2018, Delivered.

| PRINT 5 COPIES: | 1. CLERK OF THE COURT  2. USMS RECORD  3. NOTICE OF SERVICE  4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,  if any amount is owed. Please remit promptly payable to U.S. Marshal.  5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED  Form USM-285  Rev. 12/80 |
|---|---|---|

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Heather Hasenbank
*Plaintiff(s)*

v.

Civil Action No. 18-4024-SAC

Mandy Jones
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Mandy Jones
8829 Walnut Lane
Ozawkie, KS 66070

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Heather Hasenbank
712 SW Western Avenue, Apt. 17
Topeka, KS 66606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/21/2018

s/ M. Stamper, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

TIMOTHY M. O'BRIEN
CLERK OF COURT
490 U.S. Courthouse
444 SE Quincy
Topeka KS 66683-3589

# USPS Tracking®

FAQs      (http://faq.usps.com/?articleId=220900)

Track Another Package **+**

Tracking Number: 9414726699042124641331                    Remove

Expected Delivery on

**MONDAY**
**25** JUNE 2018    by **8:00pm**

## Delivered

June 25, 2018 at 11:22 am
Delivered, Left with Individual
OZAWKIE, KS 66070

**Get Updates**

---

Text & Email Updates

---

Tracking History

---

Product Information

---

**See Less**

## Can't find what you're looking for?

| Return Receipt (Form 3811) Barcode | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ <br> 9590 9266 9904 8124 6413 34 | A. Signature <br> X *Mandy Jones*  ☐ Agent ☐ Addressee <br> B. Received by (Printed Name)  C. Date of Delivery <br> *Mandy Jones* <br> D. Is delivery address different from item 1? ☐ Yes ☐ No <br> If YES, enter delivery address below: |
| 1. Article Addressed to: <br><br> MANDY JONES <br> 8829 WALNUT LANE <br> OZAWKIE, KS 66070 | Reference Information <br> 3. Service Type: <br> ☒ Certified Mail  024-SAC-KGS <br> ☐ Certified Mail Restricted Delivery <br> Reference Information <br> D/KS Patricia (illegible) |
| 2. Certified Mail (Form 3800) Article Number <br> 9414 7266 9904 8124 6413 31 | |
| PS Form 3811, Facsimile, July 2015 | Domestic Return Receipt |